| | |
|---|---|
| 1 | JODI LINKER |
| | Federal Public Defender |
| 2 | Northern District of California |
| | ELIZABETH FALK |
| 3 | Assistant Federal Public Defender |
| 4 | 19th Floor Federal Building - Box 36106 |
| | 450 Golden Gate Avenue |
| 5 | San Francisco, CA 94102 |
| | Telephone: (415) 436-7700 |
| 6 | Facsimile: (415) 436-7706 |
| | Email: elizabeth_falk@fd.org |
| 7 | |
| 8 | Counsel for Defendant BETANCO |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 24-247 RS, CR 20-217 RS, CR 19-645 RS |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| ERIK BETANCO, | |
| Defendant. | |

The above captioned matter is scheduled for sentencing on September 24, 2024. Defense counsel and United States Probation need additional time to conduct the presentence interview and prepare the report. Therefore, the parties respectfully request that the matter be continued to November 12, 2024 at 9:30 a.m.

\\

\\

\\

[PROPOSED] STIPULATED ORDER
*BETANCO*, CR 24-247 RS, 20-217 RS, 19-645 RS

IT IS SO STIPULATED.

| | |
|---|---|
| August 13, 2024<br>Dated | ISMAIL RAMSEY<br>United States Attorney<br>Northern District of California<br><br>_____/S_____<br>JOSIAH BOURNES<br>Assistant United States Attorney |
| August 13, 2024<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California<br><br>_____/S_____<br>ELIZABETH FALK<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

| | |
|---|---|
| 8/13/2024<br>Dated | RICHARD SEEBORG<br>Chief United States District Judge |